UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:24-cv-2500-CBM-BFM |
| Date | August 21, 2025 |
| Title | *Yu v. Radel* |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER TO SHOW CAUSE RE DISMISSAL**

Plaintiff's Complaint seeks relief requiring Defendant to schedule Plaintiff's I-589 asylum application for an interview and adjudicate Plaintiff's I-589 asylum application thereafter. (Dkt. No. 1.)

On May 29, 2024, the Court approved the parties' joint stipulation to stay the case pending adjudication of Plaintiff's asylum application, and stayed the action until August 18, 2025. (Dkt. No. 10.) The Court ordered the parties to file a status report no later than August 11, 2025. (*Id.*) On August 14, 2025, Defendant filed a status report and declaration in support thereof notifying the Court that on April 9, 2025, USCIS issued a notice of decision on Plaintiff's asylum application. (Dkt. No. 11.) No status report was filed by Plaintiff. Defendant also filed a "Notice of Mootness of Action" and declaration in support thereof stating "this action is moot because Plaintiff has received the relief sought in the Complaint." (Dkt. No. 12 at 2.) Defense counsel declares notice of the adjudication of Plaintiff's application was given to Plaintiff on April 9, 2025, and that defense counsel also emailed Plaintiff notice of USCIS's adjudication on July 29, 2025, and requested Plaintiff to dismiss the case but Plaintiff failed to respond and has not voluntarily dismissed the vase. (Buchanan Decl. ¶¶ 4-5.)

Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE **in writing no later than September 4, 2025** as to why this action should not be dismissed as moot in light of the agency's adjudication of Plaintiff's asylum application. A failure to respond to this ORDER TO SHOW CAUSE by that date shall result in dismissal of this action.

**IT IS SO ORDERED.**