UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-2500-CBM-BFM | Date | September 24, 2025 |
|---|---|---|---|

| Title | *Yu v. Radel* |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE: DISMISSAL**

Plaintiff's Complaint seeks relief requiring Defendant to schedule Plaintiff's I-589 asylum application for an interview and adjudicate Plaintiff's I-589 asylum application thereafter. (Dkt. No. 1.) On August 14, 2025, Defendant filed a status report notifying the Court that USCIS had issued a notice of decision on Plaintiff's asylum application, and filed a "Notice of Mootness of Action" based on USCIS's adjudication of the application. (Dkt. Nos. 11, 12.) On August 21, 2025, the Court ordered Plaintiff to show cause no later than September 4, 2025 as to why the action should not be dismissed as moot in light of the agency's adjudication of Plaintiff's asylum application, and notified Plaintiff that a failure to respond to the Order to Show Cause by that date "shall result in dismissal of this action." (Dkt. No. 13.) Plaintiff did not file a response to the Court's Order to Show Cause re dismissal.

Accordingly, this action is **dismissed without prejudice**.

**IT IS SO ORDERED.**